UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LYNN SORENSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF CALDWELL, a political subdivision of the State of Idaho, CITY OF CALDWELL DEPARTMENT OF PARKS AND RECREATION,<br><br>　　　　Defendant. | Case No. 1:14-cv-00221-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered in favor of Defendant and that this case be dismissed in its entirety.

DATED: August 13, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1